No. 65219.—Miya Co., Inc. v. United States, protests 60/13020, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

No. 65220.—Global Gifts & Gadgets, Inc., and Alltransport, Inc. v. United States, protest 293555-K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of kleenex dispenser covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiffs was sustained.

No. 65221.—Kaufman & Vinson Co. v. United States, protests 268947-K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *Lyons Transport* v. *United States* (41 Cust. Ct. 278, C.D. 2052), the claim of the plaintiff was sustained.